IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DAVID PHILLIP TURNER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:23-cv-70  (WLS)** |
| : | |
| **TRACTOR SUPPLY CO.,** *et. al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## ORDER

A discovery conference was held in the above-styled action on Tuesday, August 1, 2023. The Order (Doc. 4) scheduling the conference emphasized that in-person attendance at the conference was required. (Doc. 4 at 3.) Defendant's counsel, Jeffrey W. Melcher, appeared at the conference. However, Plaintiff's counsel, John C. Fleming, failed to appear at the conference. Mr. Fleming was ordered to advise the Court in writing of the reason why he failed to comply with the Court's Order to attend the discovery conference in person and why no sanctions should be imposed against him. Mr. Fleming filed correspondence with the Court (Doc. 10) explaining his absence which the Court has reviewed and accepts.

Accordingly, the Court finds that no sanction or further action is appropriate or required with respect to this matter.

**SO ORDERED**, this 10th day of August 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**