IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DAVID PHILLIP TURNER, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:23-CV-70 (WLS) |
| TRACTOR SUPPLY COMPANY et al. | : |
| Defendants. | : |

# ORDER

On February 29, 2024, the Court entered an Order (Doc. 16) for Defendant to file a notice on the docket informing the Court of whether it would prefer that the Court deny its Motion for Summary Judgment without prejudice and extend the dispositive motion deadline as initially requested, or, on the other hand, would prefer that the Court deny its Motions to extend the dispositive motions deadline as moot.[1] Defendant filed such a notice, indicating that it would prefer the Court to deny its Motions to extend the dispositive motion deadline. Accordingly, Defendant's Motion for Extension of Time to File Dispositive Motions (Doc. 14) and Defendant's Emergency Motion for Extension of Time to File Dispositive Motions (Doc. 15) are **DENIED-AS-MOOT**.

**SO ORDERED**, this 12th day of March 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Plaintiff was ordered to file a response to Defendant's notice by Friday, March 9, 2024, but failed to do so.