IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DAVID PHILLIP TURNER, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.:  7:23-CV-70 (WLS) |
| TRACTOR SUPPLY COMPANY, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Before the Court is Defendant Tractor Supply Company's ("Defendant") Motion for Summary Judgment (Doc. 15). From the Court's preliminary review of the briefing (Docs. 15, 22 & 25) it is apparent that Defendant, and Plaintiff, rely on discovery materials in their motions, without having properly filed those materials on the docket. Under Local Rule 5.1 "the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing (a) depositions, (b) interrogatories, (c) request for documents[,] . . . and requests for admission." M.D. Ga. L.R. 5.1. The Parties are therefore **ORDERED** to comply with local rules and file the discovery materials they rely upon in their motion and response no later than **Friday, June 28, 2024**.

**SO ORDERED**, this 13th day of June 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**