### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| DAVID PHILLIP TURNER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.:  7:23-CV-70 (WLS) |
| : | |
| TRACTOR SUPPLY COMPANY, *et al.*, : | |
| : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

It has come to the Court's attention that Counsel for both Parties and/or their staff have made numerous inquiries to the Court's staff regarding the status of the Motion for Summary Judgment the Court recently ruled on, and now, additional matters regarding the case. These communications were, and remain, deeply inappropriate. The Court finds the same to be improper *ex parte* communications. *See* M.D. Ga. L.R. Standards of Conduct; *see generally* Fed R. Civ. P. The Court is unaware of any exigency involving pending matters.

The Parties are noticed that *any* additional attempts to communicate about the substance or procedure of the case directly with the Court's staff, including the Courtroom Deputy, will be treated as *ex parte* communications and, under Local Rule 83.2.1, may result in discipline or sanctions imposed against the communicating Party or Parties. *See* M.D. Ga. L.R. 83.2.1. This notice applies to the Parties, Counsel for the Parties, and their staff.  If Counsel wish to place a matter before the Court, they must do so by a motion filed on the docket in accordance with the Local Rules, if justified. They may also formally request a conference with the Court with notice to opposing Counsel.

**SO ORDERED**, this 31st day of July 2024

                                                   **/s/ W. Louis Sands**
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**